AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| CHELSEA DOGIE, Individually and for Others Similarly Situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>JAB INSPECTION SERVICES, LP<br><br>*Defendant(s)* | Civil Action No. 3:20-cv -00187 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JAB INSPECTION SERVICES, LP
By and through its registered agent:
Joseph Hatfield
1709 Sandy Lake Drive
Friendswood, Texas 77546

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael A. Josephson
Andrew W. Dunlap
Taylor A. Jones
Josephson Dunlap
11 Greenway Plaza, Suite 3050
Houston, TX 77046

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*

Date: June 4, 2020

s/ *[signature]*
*Signature of Clerk or Deputy Clerk*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$

Total Postage and Fees
$

Sent To  Joseph
JAB Inspection c/o Hatfield
Street and Apt. No., or PO Box No.
1709 Sandy Lakes Blvd
City, State, ZIP+4®
Friendswood TX 77546

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7019 2280 0001 7540 8040

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JAB INSPECTION SERVICES, LP
C/O Joseph Hatfield
1709 Sandy Lake Drive
Friendswood, TX 77546

9590 9402 5892 0049 0576 89

2. Article Number (Transfer from service label)
7019 2280 0001 7540 8040

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]        ☐ Agent
                     ☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Joseph Hatfield                   7-6-20

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below:      ☐ No
239 Allen Dr
Cookeville TN 38501

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...red Mail
☐ ...red Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt