**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| CHELSEA DOGIE, Individually and For Others Similarly Situated, <br><br> Plaintiff <br> v. <br><br> JAB INSPECTION SERVICES, LP, <br><br> Defendant. | Case No. 3:20-CV-00187 |

**AGREED MOTION TO DISMISS THIS CASE**
**WITH PREJUDICE UNDER TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff, Chelsea Dogie, on behalf of herself and Opt-In Plaintiff Jessica Hodge ("Plaintiffs"), file this motion respectfully requesting the Court dismiss this case in its entirety with prejudice.

Plaintiffs and Defendant, JAB Inspections Services, LP, hereby stipulate and agree that this matter has been amicably resolved, and that the above-referenced cause may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Accordingly, Plaintiffs respectfully request the Court dismiss this case with prejudice with each party bearing its own costs.

**AGREED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| Dated: October 20, 2020 | Dated: October 20, 2020 |
| **JOSEPHSON DUNLAP** | **LAW OFFICE OF SHANE MCCLELLAND** |
| /s/ *Taylor A. Jones* | /s/ *Shane McClelland (with permission)* |
| **Michael A. Josephson** | **Shane McClelland** |
| TX Bar No. 24014780 | TX Bar No. 24046383 |
| **Andrew W. Dunlap** | **Law Office of Shane McClelland** |
| TX Bar No. 24078444 | 440 Cobia Drive, Suite 101 |
| **Taylor A. Jones** | Katy, Texas 77494 |
| TX Bar No. 24107823 | 713-987-7100 – Telephone |
| **Josephson Dunlap** | 832-827-4207 – Facsimile |
| 11 Greenway Plaza, Suite 3050 | shame@hmtrial.com |
| Houston, Texas 77046 | |
| 713-352-1100 – Telephone | **ATTORNEY FOR DEFENDANT** |
| 713-352-3300 – Facsimile | |
| mjosephson@mybackwages.com | |
| adunlap@mybackwages.com | |
| tjones@mybackwages.com | |

**AND**

**Richard J. (Rex) Burch**
TX Bar No. 24001807
**Bruckner Burch PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF CONFERENCE**

I hereby certify that prior to filing this instant Motion, I conferred with Counsel for JAB, Shane McClelland, regarding the relief requested herein. Counsel for JAB indicated that JAB consents to the requested relief due to the Parties' settlement.

>  */s/ Taylor A. Jones*
> **Taylor A. Jones**

## **CERTIFICATE OF SERVICE**

On October 20, 2020, I hereby certify that I served the foregoing document on all parties and/or their counsel in accordance with the Federal Rules of Civil Procedure, as follows:

JAB Inspection Services, LP
c/o Shane McClelland
Law Office of Shane McClelland
440 Cobia Drive, Suite 101
Katy, Texas 77494
shane@hmtrial.com

>  */s/ Taylor A. Jones*
> **Taylor A. Jones**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| CHELSEA DOGIE, Individually and For Others Similarly Situated,<br><br>     Plaintiff<br>v.<br><br>JAB INSPECTION SERVICES, LP,<br><br>     Defendant. | Case No. 3:20-CV-00187 |

## ORDER DISMISSING CASE WITH PREJUDICE

Plaintiff, Chelsea Dogie, on behalf of herself and Opt-In Plaintiff Jessica Hodge's Agreed Motion To Dismiss This Case With Prejudice Under Federal Rule of Civil Procedure 41(a)(1)(B) is **GRANTED**.

Accordingly, this case is dismissed in entirety with prejudice. Each party shall bear their own costs.

Signed at Galveston, Texas on _____.

_____
United States District Court Judge