United States District Court
Southern District of Texas
**ENTERED**
October 22, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHELSEA DOGIE, | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 3:20-CV-00187 |
| | § | |
| JAB INSPECTION SERVICES, LP, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' agreed motion to dismiss this case with prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Dkt. 17. That motion is granted. Accordingly, this case is dismissed with prejudice.

Each party shall bear its own attorneys' fees and costs.

Signed on Galveston Island on this, the 22st day of October, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE